**Shirley BREEDEN, Plaintiff–Appellant,**

v.

**CLARK COUNTY SCHOOL DISTRICT, Defendant–Appellee.**

No. 99–15522.

United States Court of Appeals, Ninth Circuit.

Filed Aug. 2, 2001

Before: CANBY, REINHARDT, and FERNANDEZ, Circuit Judges.

**ORDER**

Pursuant to the mandate of the Supreme Court in *Clark County School District v. Breeden*, 532 U.S. 268, 121 S.Ct. 1508, 149 L.Ed.2d 509 (2001), the order of the district court granting summary judgement in favor of the defendant is affirmed.